MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00071-AC |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| ROZALIN SLADE, | DATE: May 24, 2019 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Rozalin Slade, both individually and by and through her counsel of record, Timothy Zindel, hereby stipulate as follows:

1.      The Complaint in this case was filed on May 8, 2019, and Defendant Rozalin Slade first appeared before a judicial officer of the Court in which the charges in this case were pending on May 10, 2019. On that date, the Court set a preliminary hearing date of May 24, 2019.

2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to June 28, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and continuing investigation of the case. For example, the government is continuing to collect and produce audio/video files, bank records, witness statements, and police reports relevant to this case.

Defense counsel needs additional time to review and consider this evidence and to conduct additional investigation.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

   3.   The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between May 24, 2019, and June 28, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

   IT IS SO STIPULATED.

Dated:  May 17, 2019       McGREGOR W. SCOTT
               United States Attorney


               /s/ ROBERT J. ARTUZ
               ROBERT J. ARTUZ
               Special Assistant U.S. Attorney


Dated:  May 17, 2019       /s/ TIMOTHY ZINDEL
               TIMOTHY ZINDEL
               Assistant Federal Defender
               Counsel for Defendant
               Rozalin Slade

McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00071-AC |
| Plaintiff, | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| ROZALIN SLADE | DATE: May 24, 2019 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 17, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

/ / /

/ / /

1    THEREFORE, FOR GOOD CAUSE SHOWN:

2    1.    The date of the preliminary hearing is extended to June 28, 2019, at 2:00 p.m.

3    2.    The time between May 24, 2019, and June 28, 2019, shall be excluded from calculation

4    pursuant to 18 U.S.C. § 3161(h)(7)(A).

5    3.    Defendants shall appear at that date and time before the Magistrate Judge on duty.

6

7    IT IS SO ORDERED.

8

9    Dated: May 17, 2019

10                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE