| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00071-AC |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ROZALIN SLADE, | |
| Defendants. | DATE: June 28, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Rozalin Slade, both individually and by and through her counsel of record, Timothy Zindel, hereby stipulate as follows:

1. The Complaint in this case was filed on May 8, 2019, and Defendant Rozalin Slade first appeared before a judicial officer of the Court in which the charges in this case were pending on May 10, 2019. On that date, the Court set a preliminary hearing date on May 24, 2019. The parties then stipulated to and the Court ordered a continuance of the preliminary hearing to June 28, 2019. ECF 9.

2. By this stipulation, the parties jointly move for another extension of time of the preliminary hearing date to July 17, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and continuing investigation of the case. For example, the government is continuing to

STIPULATION 1

1  collect and produce audio/video files, bank records, witness statements, and police reports relevant to
2  this case. Defense counsel needs additional time to review and consider this evidence and to conduct
3  additional investigation. The parties further agree that the interests of justice served by granting this
4  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
5  3161(h)(7)(A).

6      3. The parties agree that good cause exists for the extension of time, and that the extension
7  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
8  Therefore, the parties request that the time between June 28, 2019, and July 17, 2019, be excluded
9  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

10      IT IS SO STIPULATED.

Dated: June 21, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: June 21, 2019

/s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Assistant Federal Defender
Counsel for Defendant
Rozalin Slade

STIPULATION

2

1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00071-AC |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| ROZALIN SLADE | DATE: June 28, 2019 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 21, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

///

///

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The date of the preliminary hearing is extended to July 17, 2019, at 2:00 p.m.

2.    The time between June 28, 2019, and July 17, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.    Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: June 21, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE